IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JAMIE ANTHONY, TITUS BUSSEY, MARVIN JARRETT, KELVIN TURNER, ANTHONY WHITE, OCTAVIUS WHITE, and WILLIE WILSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONCRETE SUPPLY COMPANY, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. 3:16-CV-70-TCB-RGV |

## STIPULATED ORDER AND JUDGMENT APPROVING SETTLEMENT AGREEMENT AND RELEASE AS TO PLAINTIFFS

Before the Court is Plaintiffs' [Jamie Anthony, John Battle, Sr., Daniel Bright, Titus Bussey, Marvin Jarrett, Kenneth Law, Frederick Napier, Darren Nelson, Richard Peeples, Kelvin Turner, Hardy Usher, Anthony White, Octavius White, Charles Wilson and Willie Wilson (Collectively referred to as "Plaintiffs")] and Defendant's [Concrete Supply Company, Inc. ("CSC")] Joint Motion to Approve Settlement Agreement and Release as to Plaintiffs [Dkt. Nos. 47-48], pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).

The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement and Release ("Release") reached between (1) Plaintiffs and (2) Defendant.

Having reviewed the Release and the pleadings and papers on file in this action, and having held an additional conference call with the Parties relating to the confidentiality provision contained within the Release, the Court enters this Order approving the Release as follows:

1. The Court **FINDS** that the proposed Release is fair and reasonable and satisfies the standard for approval under Section 16(b) of the FLSA, 29 U.S.C. § 216(b);

2. The Court **APPROVES** the Release, except that the confidentiality provision therein (Paragraph 6) is stricken and has no force or effect;

3. The Court **ORDERS** that the settlement be implemented according to the terms and conditions contained therein (except with respect to the confidentiality provision therein (Paragraph 6), which is stricken);

4. The Court **ORDERS** that the provisionally-sealed settlement agreement [Dkt. No. 47] be **UNSEALED** and made available on the public docket;

5. The Court **ORDERS** that payments be made pursuant to the Release within 10 days of entry of this Order (or the next business day if such day is a weekend or bank holiday);

6. Plaintiffs' claims are hereby **DISMISSED** from the above-captioned action, **WITH PREJUDICE**;

7. The Court retains jurisdiction to enforce this Order; and

8. The Clerk is hereby directed to close this case.

**SO ORDERED** this 25th day of September, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge